IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50780
Summary Calendar
_____

JOHN LENTWORTH,

Plaintiff-Appellant,

versus

LEO SAMANIEGO, Sheriff
of El Paso County, Texas,

Defendant-Appellee.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-94-CV-38
- - - - - - - - - - -
May 20, 1996

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

This is an appeal from the district court's order granting
summary judgment in favor of the defendant in John Lentworth's
civil rights complaint brought pursuant to 42 U.S.C. § 1983.
Lentworth contends that the district court erred in granting
summary judgment because he supported his claim of jail
overcrowding with sufficient evidence to establish genuine issues
of material fact.  Because he failed to brief them on appeal,

_____

        [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Lentworth has abandoned any claims of liability against Samaniego premised on inadequate medical treatment and inadequate access to the jail's law library.  See Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993).

We have reviewed the record and the briefs of the parties and AFFIRM the district court's judgment for essentially the same reasons set forth by the district court.  Lentworth v. Samaniego, No. EP-94-CV-38 (W.D. Tex. Aug. 4 and Sept. 22, 1995).